FRANK PERKOVICH v. OLIVER IRON MINING COMPANY.[1]

May 20, 1927.

No. 26,186.

**Service of writ of certiorari.**

Service within 60 days on adverse party of writ of certiorari to review decision of industrial commission should be made on counsel who has appeared for adverse party; G. S. 1923, § 9770 governs—Motion to quash writ granted. [Reporter.]

Workmen's Compensation Acts—C. J. p. 120 n. 15 New.

Motion to dismiss writ of certiorari because not served within time fixed by statute. Motion granted.

*Essling & Bundlie* and *Charles W. Scrutchin,* for employe.

*Dennis F. Donovan,* for employer.

PER CURIAM.

Motion to dismiss the writ of certiorari herein because not served upon the adverse party within 60 days as provided by G. S. 1923, §§ 9769 and 9770. The proceedings are under the compensation act, which does not specifically provide for service on the adverse party though it provides for service on the industrial commission. G. S. 1923, § 4320. Section 9770 is applicable. Eichholz v. Shaft, 166 Minn. 339, 208 N. W. 18. Such service may be made upon counsel who has appeared for the adverse party. G. S. 1923, § 9240.

The motion is granted and the writ is quashed.

[1]Reported in 214 N. W. 795.